UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) )  Case No. 4:00CV1253 CDP |
| VENETIA CARROTHERS, d/b/a T&T CONTRACTORS | ) ) ) ) |
| Defendant. | ) |

## **ORDER**

For the reasons discussed in plaintiffs' advice to court,

**IT IS HEREBY ORDERED** that plaintiffs' motion for revival of judgment against defendant, Venetia Carrothers d/b/a T&T Contractors [#44] is denied without prejudice.

Dated this 2nd day of November, 2009.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE